UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **JOSE ROGELIO IBARRA,** | ) |
| Petitioner, | ) No. EDCV 10-661 JFW (AJW) |
| v. | ) |
| **DOMINGOO URIBE, JR., WARDON,** | ) ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de novo_ determination of the portions to which objections were directed.

DATED: October 21, 2011

_____
John F. Walter
United States District Judge