JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSE ROGELIO IBARRA, | Case No. EDCV 10-661-JFW (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| DOMINGO URIBE, JR. Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: October 21, 2011

_____
John F. Walter
United States District Judge